AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Joe Archuleta (01)<br>Gabriel Kirkpatrick (02)<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No.  2:26-MJ-74<br>)<br>)<br>)<br>) |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

APR 17 2026

**CLERK, U.S. DISTRICT COURT**

By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 15, 2026_____ in the county of _____Potter_____ in the

_____Northern_____ District of _____Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) | Possession with Intent to Distribute 400 Grams or More of Fentanyl |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Fernando Burga, DEA SA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __4/17/2026__

_____
*Judge's signature*

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:26-MJ-74

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT</u>

I, Fernando Burga, being sworn, depose and state as follows:

1)      I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2)      I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in April 2023, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in August 2023. In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a police officer with the Punta Gorda Police Department for 6 years. During that time, as a Patrol Officer assigned to the canine unit. I made numerous narcotics related arrests and assisted in narcotics investigations.

3)      This affidavit is made in support of a complaint and arrest warrant for Joe Louis ARCHULETA and Gabriel KIRKPATRICK. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4)      On or about April 15, 2026, the Amarillo Police Department (APD) Proactive Criminal Enforcement (PACE) Unit obtained a State of Texas narcotics search warrant for 2035 Paramount Blvd., Room #252, Amarillo, Potter County, Texas. The search warrant was reviewed and signed by Magistrate Judge Jennifer Cates. Prior to the execution of the search warrant, a cooperating defendant (CD) confirmed that both ARCHULETA and KIRKPATRICK were currently involved in selling fentanyl from the hotel room. The CD stated that the CD purchased fentanyl from KIRKPATRICK on that day. Officers have previously conducted controlled purchases of fentanyl pills directly from ARCHULETA.

5)      At approximately 9:55 p.m., officers observed ARCHULETA and KIRKPATRICK walking out of room #252. Officers subsequently arrested ARCHULETA due to an outstanding warrant for Manufacture and Delivery of a Controlled Substance. Officers detained KIRKPATRICK pending the results of the search warrant. Officers executed the search warrant and did not locate anyone else inside the hotel room.

6)      During the search of the hotel room, officers found a grocery bag containing gray "M30" fentanyl pills on the floor next to the bed. The grocery bag weighed about 520.1 grams, which is approximately 5,000 fentanyl pills. This amount is indicative of distribution rather than

personal use. Officers also discovered scales and foil wrapping, which are typically associated with the sale and distribution of fentanyl. Additionally, several cell phones were found in the hotel room.  ARCHULETA had seven cell phones on his person at the time of his arrest. Drug traffickers often use multiple cell phones to evade detection by law enforcement.

7)      Officers contacted the Drug Enforcement Administration (DEA) Amarillo Resident Office (ARO) for assistance with the investigation. Officers transported ARCHULETA and KIRKPATRICK to the Amarillo Police Department for an interview.

8)      Agents conducted Mirandized interviews with ARCHULETA and KIRKPATRICK. ARCHULETA advised that law enforcement did not have anything on him, did not wish to cooperate, and asked for an attorney. KIRKPATRICK stated she did not wish to cooperate.

Fernando Burga
DEA Special Agent

Attested to by the applicant in accordance with requirements of Fed. R. Crim. P. 4.1 by telephone:

_____4|17|2026_____ at ___Amarillo, TX___
Date                             City and State

Lee Ann Reno U.S. Magistrate Judge        _____
Name and Title of Judicial Officer                Signature of Judicial Officer

Anna Marie Bell
Assistant U.S. Attorney